**Doris L. KIDD, (formerly known as Doris L. Pickens), Plaintiff-Appellant,**

v.

**Jerry L. PICKENS, Defendant-Respondent.**

**No. 49276.**

Missouri Court of Appeals, Eastern District, Division One.

Jan. 28, 1986.

Motion for Rehearing and/or Transfer Denied March 11, 1986.

Donald R. Rhodes, Bloomfield, for plaintiff-appellant.

Dale Edward Gerecke, Cape Girardeau, for defendant-respondent.

### ORDER

PER CURIAM:

The judgment of the trial court is affirmed.

Rule 84.16(b).